JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BARTILET, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | No. 2:19-cv-09153-SAB (PJWx) <br><br><br> **ORDER DISMISSING CASE** <br><br> **[ECF NO. 42]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiff Stephen Lloyd Bates' Claims Without Prejudice, ECF No. 42. The parties stipulate that Plaintiffs' claims in the above-captioned matter be dismissed without prejudice, with each party to bear its own costs.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation of Dismissal, ECF No. 42, Plaintiff's claims against all parties in the above-captioned civil action, including those parties who have not entered their appearance and/or signed the stipulation are **DISMISSED**, without prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 11th day of June 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE ~ 2**